UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

JIM SLAYMON, individually and on
behalf of all others similarly situated,       :

                  Plaintiff,      :

            -against-       :

                             :   08-CIV-4334 (WHP)
SLM CORP., SLM CORP. RETIREMENT
COMMITTEE, ALBERT L. LORD,       :   **NOTICE OF APPEARANCE**
THOMAS J. FITZPATRICK, CHARLES
ELLIOTT ANDREWS, SANDRA       :
MASINO, JOHN MCMANUS and JOHN
AND JANE DOES 1 - 10,          :

               Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk this Court and All Parties of Record:

      Please enter my appearance as counsel in this case for the defendants.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 30, 2008

                                         Respectfully submitted,

                                         /s/ Edward Cerasia II
                                         Edward Cerasia II
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         101 Park Avenue
                                         New York, New York 10178
                                         Tel: 212.309.6000
                                         Fax:  212.309.6001
                                         ecerasia@morganlewis.com