UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIM SLAYMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORP., SLM CORP. RETIREMENT COMMITTEE, ALBERT L. LORD, THOMAS J. FITZPATRICK, CHARLES ELLIOTT ANDREWS, SANDRA MASINO, JOHN MCMANUS and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No.: 08-cv-4334<br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this action for Plaintiff Jim Slaymon. I certify that I am a member of the bar of this Court.

Dated: New York, New York
       June 24, 2008

                                        Respectfully submitted,


                        BY:     s/ Robert I. Harwood
                                Robert I. Harwood (RH-3286)
                                **HARWOOD FEFFER LLP**
                                488 Madison Avenue
                                New York, New York 10022
                                Telephone: (212) 935-7400
                                Facsimile: (212) 753-3630

                                Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIM SLAYMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORP., SLM CORP. RETIREMENT COMMITTEE, ALBERT L. LORD, THOMAS J. FITZPATRICK, CHARLES ELLIOTT ANDREWS, SANDRA MASINO, JOHN MCMANUS and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No.: 08-cv-4334<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Glenn C. Mariano, hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Harwood Feffer LLP, attorneys for plaintiff, and that on June 24, 2008, I served the foregoing **NOTICE OF APPEARANCE** in the within action, by causing a true and correct copy of same to be electronically filed with the Court.

_____
Glenn C. Mariano