UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JIM SLAYMON, individually and on behalf of all others similarly situated : <br> : <br>              Plaintiff,  : <br>    - against -                    : <br>                                    : <br> SLM CORP., SLM CORP. RETIREMENT : <br> COMMITTEE, ALBERT L. LORD, THOMAS : <br> J. FITZPATRICK, CHARLES ELLIOTT  : <br> ANDREWS, SANDRA MASINO, JOHN    : <br> MCMANUS and JOHN AND JANE DOES 1-10 : <br>                                    : <br>              Defendants.          : | 08-CV-4334 (WHP) <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the defendants.

I certify that I am admitted to practice in this Court.

Dated: August 26, 2008            Respectfully submitted,


                                  /s/     Bridgit M. DePietto
                                  Bridgit M. DePietto
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  1111 Pennsylvania Avenue. N.W.
                                  Washington, D.C.  20004
                                  Tel:  (202) 739-5277
                                  Fax:  (202) 739-3001

                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been filed and served by Notice of Electronic Filing pursuant to Rule 5(b)(2)(E), Federal Rules of Civil Procedure on this 26th day of August, 2008.

/s/    Bridgit M. DePietto
Bridgit M. DePietto